382 A.2d 755

Commonwealth v. Shaw, Appellant.

Submitted March 30, 1977. Harry S.

Tischler, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Stephen S. Seeling, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence vacated and charges dismissed.